UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JASON C. WEEKLEY,<br><br>　　　　　　　Defendant. | No. CR-09-015-EFS-9<br><br>ORDER GRANTING ORAL MOTION TO MODIFY CONDITIONS OF RELEASE AND SETTING STATUS CONFERENCE<br><br>☐　as Moot |

　　　At the April 8, 2009, status conference, Defendant appeared with counsel Pete Schweda.  Assistant U.S. Attorney Ronald W. Skibbie represented the United States.

　　　The Defendant orally moved to modify his conditions of release. Defendant's unopposed oral Motion to modify **(Ct. Rec. 527)** is **GRANTED.**  Defendant shall be allowed to reside with Ms. Floid and to seek employment, provided the Defendant seeks permission from his counselor and coordinates his schedule with Pretrial Services.

　　　A status conference is set for **April 30, 2009, at 10:30 a.m.**, before the undersigned.

　　　DATED April 8, 2009.

　　　　　　　　　　　　　S/ CYNTHIA IMBROGNO
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING ORAL MOTION TO MODIFY CONDITIONS
OF RELEASE AND SETTING STATUS CONFERENCE - 1