UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JASON C. WEEKLEY,<br><br>           Defendant. | CR-09-015-EFS-9<br><br>ORDER ON MOTION TO MODIFY<br>RELEASE CONDITIONS |

This matter came on regularly for hearing upon the application of defendant to amend his release conditions by eliminating the requirement that he remain on electronic home monitoring. The Court, being fully advised of the premises, does now

ORDER that the release conditions of the defendant are modified to eliminate the requirement of electronic home monitoring. All other conditions of the court's Order dated March 2, 2009, including home detention, remain and shall constitute the additional conditions of Defendant's release.

IT IS SO ORDERED.

DATED June 9, 2009.

                            s/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER ON MOTION TO MODIFY
RELEASE CONDITIONS - 1