UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>v.                            )<br>                              )<br>JASON C. WEEKLEY,             )<br>                              )<br>            Defendant.        )<br>_____) | No. CR-09-015-EFS-9<br><br>ORDER GRANTING DEFENDANT'S<br>MOTION TO MODIFY CONDITIONS<br>OF RELEASE |

Before the court is Defendant's Motion to amend his release conditions by eliminating the requirement of home detention. The U.S. Probation Office does not object to the request. The United States is not taking a position on this matter.

**IT IS ORDERED** that the Defendant's Motion **(Ct. Rec. 884)** is **GRANTED.** Defendant's release conditions are modified and amended by eliminating the requirement of home detention. All other terms and conditions of the Defendant's release remain the same.

DATED July 9, 2009.


                    S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO
MODIFY CONDITIONS OF RELEASE - 1