PROB 12C
(7/93)

Report Date: July 30, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 30 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason C. Weekley          Case Number: 2:09CR00015-009

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 7/14/2010

| | |
|---|---|
| Original Offense: | Use of a Communication Facility to Facilitate a Drug Offense, 21 U.S.C. § 843(b) |
| Original Sentence: Probation - 60 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: Russell E. Smoot | Date Supervision Commenced: 7/14/2010 |
| Defense Attorney: Peter S. Schweda | Date Supervision Expires: 7/13/2015 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 15, 2013, a criminal records check revealed that Mr. Weekley had an active warrant from Airway Heights Municipal Court for failure to appear on June 6, 2013. The court appearance was in reference to charges that had been filed on May 16, 2013, alleging unlawful issuance of bank checks under the amount of $750.00. Specifically, the report states that on August 18, 2012, the Exxon Gas station received two forged checks from Mr. Weekley. |
| | On July 18, 2013, Mr. Weekley was pulled over in his vehicle and found to be driving while his license was suspended. He was arrested on this charge and the outstanding warrant from Airway Heights Municipal Court. |

Prob12C
Re: Weekley, Jason C.
July 30, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  7/30/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

July 30, 2013
Date