PROB 12C
(7/93)

Report Date: September 25, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 26 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason C. Weekley          Case Number: 0980 2:09CR00015-009

Address of Offender:                         Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2010

| | | |
|---|---|---|
| Original Offense: | Use of a Communication Facility to Facilitate a Drug Offense, 21 U.S.C. § 843(b) | |
| Original Sentence: | Probation- 60 months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: July 14, 2010 |
| Defense Attorney: | Peter S. Schweda | Date Supervision Expires: July 13, 2015 |

---

## PETITIONING THE COURT

**To issue a warrant.**

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 30, 2013.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Weekley has been charged with second degree possession of stolen property, and has an active felony warrant in this matter in Spokane County Superior Court case number 13-1-02984-8. Based upon the police report, Mr. Weekley is alleged to have stolen various tools from the victim between the evening of June 26, 2013, and the morning of June 27, 2013. The stolen items were taken from a trailer that was secured with a padlock. Mr. Weekley then attempted to sell the stolen items on Craigslist.

Police were contacted when the victim located his stolen belongings on Craigslist. He then called the seller at 509-499-8066 to schedule a meeting. The victim met with the seller, Jason Weekley, and found him to be in possession of his stolen belongings.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/25/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

9-26-13

Date