PROB 12C
(7/93)

Report Date: February 3, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
FEB 03 2014
SEAN F. McAVOY, CLERK
DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason C. Weekley — Case Number: 0980 2:09CR00015-009

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2010

Original Offense: Use of a Communication Facility to Facilitate a Drug Offense, 21 U.S.C. § 843(b)

Original Sentence: Probation 60 Months — Type of Supervision: Probation

Asst. U.S. Attorney: Russell E. Smoot — Date Supervision Commenced: July 14, 2010

Defense Attorney: Peter S. Schweda — Date Supervision Expires: July 13, 2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Weekley failed to report as directed for drug testing on January 23, 2014. As a result, the undersigned office conducted a home visit on the morning of January 24, 2014, and advised Mr. Weekley of his missed drug test. Mr. Weekley was directed to report to the U.S. Probation Office on January 24, 2014, to provide a urine sample for testing.

Mr. Weekley reported to the U.S. Probation Office at approximately 4:58 p.m. on January 24, 2014, and provided a urine sample for testing. The sample tested positive for amphetamines and cannabinoids. Mr. Weekley denied drug use and the sample was sent to the lab for testing.

On February 3, 2014, a lab report was received for the urine sample Mr. Weekley provided on January 24, 2014. The lab report revealed that the urine sample was positive for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 3, 2014

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

James P. Hutton
Signature of Judicial Officer

2/3/2014
Date