PROB 12C
(7/93)

Report Date: June 10, 2014

# United States District Court

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason C. Weekley                Case Number: 2:09CR00015-EFS-9

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2010

Original Offense:    Use of a Communication Facility to Facilitate a Drug Offense, 21 U.S.C. § 843(b)

Original Sentence:   Probation - 60 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Russell E. Smoot            Date Supervision Commenced: April 7, 2014

Defense Attorney:    Peter S. Schweda             Date Supervision Expires: April 6, 2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: Mr. Jason Weekley reported to the U.S. Probation Office on June 6, 2014, at approximately 4:00 p.m. and provided a urine sample for drug screening. The sample tested presumptive positive for amphetamine/methamphetamine metabolites. Mr. Weekley admitted to taking a prescription Adderall pill from a co-worker on or about June 3, 2014, and signed a drug use admission form indicating June 3, 2014, as the date of consumption, although he was unsure of the exact date he consumed the pill.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Weekley, Jason C.**
**June 10, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/10/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*Signature of Judicial Officer*

June 11, 2014

Date