PROB 12C
(7/93)

Report Date: July 8, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 08 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason C. Weekley           Case Number: 2:09CR00015-EFS-9

Address of Offender: ███████████ Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 14, 2010

| | | |
|---|---|---|
| Original Offense: | Use of a Communication Facility to Facilitate a Drug Offense, 21 U.S.C. § 843(b) | |
| Original Sentence: | Probation:  60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: April 7, 2014 |
| Defense Attorney: | Peter Steven Schweda | Date Supervision Expires: April 6, 2015 |

## PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 10, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Mr. Weekley reported to the United States Probation Office on July 1, 2014, at approximately 2:00 p.m., and provided a urine sample for drug screening. The urine sample tested presumptively positive for amphetamine/methamphetamine metabolites. Mr. Weekley admitted to ingesting methamphetamine on June 30, 2014, during the evening hours, and signed a drug use admission form. The sample was packaged and sent to Alere Laboratories for confirmation on July 1, 2014. |

Prob12C
Re: Weekley, Jason C.
July 8, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/08/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_Edward F. Shea_
Signature of Judicial Officer

July 8, 2014
Date